WR-83,164-01

Court of Criminal Appeals, CLERK
P. O. Box 12308 Capitol Station
Austin texas.

DATE:
06/08/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

DEAR: Abel Acosta, Clerk.

Le notifrco mi Nueva Direccion, para cualquier informacion, que se hallá Retornado, presente o en un futuro, de mis Numeros de Causa aqui Presentes.

TR.No. A-11-5113-2-CR,     Appeal RE: No. 13-12-00188-CR
36th District Court              13th District of Texas

TR. No. 06-CR-1498-C      Appeal No. 13-12-00542-CR
TR. No. 06-CR-2992-C      Appeal No. 13-12-00543-CR
94th District Court            13th District of Texas.

favor de Enviarme toda Informacion, Anterior o Nueva a esta Direccion.

Rolando Romero
Alien # 90429000
15850, Export Plaza Dr.
Houston Texas 77032

P.S. Mr. Acosta, me puede decir la Razon por que me negaron mi Aplicacion 11.07 writ of Habeas Corpus, sin una Orden Escrita, en mi numero de Causa, A-11-5113-2-CR RE: 13-12-00188-CR. Le Agradesco cualquier informacion.

cc/